No. 90–5744.  CHAPMAN ET AL. *v.* UNITED STATES, 500 U. S. 453.  Petition for rehearing denied.  Petition of Stanley J. Marshall for rehearing denied.*

AUGUST 20, 1991

---

*[REPORTER'S NOTE: Stanley J. Marshall was an appellant in the case below.  See *United States* v. *Marshall,* 908 F. 2d 1312 (CA7 1990).  Marshall's petition for certiorari was denied in *Marshall* v. *United States,* No. 90–929, *ante,* p. 1205.]